**Opinion issued March 26, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-15-00123-CV**

_____

**JAMI DAVENPORT, Appellant**

**V.**

**ALIGN STRATEGIC PARTNERS, LLC, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-56614**

---

## MEMORANDUM OPINION

Appellant, Jami Davenport, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellant failed to include a certificate of conference in her motion, appellant's motion includes a certificate of service, more than 10 days have passed

since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.